Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 21 PM 4: 37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

Mahmoud Alagha,
DHS File No. A47 512 228,
  Plaintiff.
    vs

Paul Pierre, District Director, U.S.
  Citizenship and Immigration
  Services,
Michael Chertoff, U.S. Secretary of
  Homeland Security, and
Michael Mukasey, U.S. Attorney
  General,
  Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 0345 WQH WMc

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
  619-398-9390

    An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____     _____2/21/08_____
               CLERK                                          DATE

By C. PITTMANN, Deputy Clerk

Summons in a Civil Action                                         Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)