KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile:  (619) 557-5004
Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and MICHAEL B. MUKASEY, Attorney General of the United States,<br><br>    Defendants. | Case No.  08cv0345-WQH (WMc)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of:

    ANSWER TO COMPLAINT

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Alan Anzarouth
    Attorney for Plaintiff
    alan@anzarouthimmlaw.com

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 25, 2008.

                                               s/ Megan Callan
                                               Megan Callan