1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11   MAHMOUD ALAGHA,              )   Case No. 08-CV-345 WQH (WMc)
                                  )
12            Plaintiff,          )   **NOTICE AND ORDER FOR**
                                  )   ***TELEPHONIC*** **EARLY NEUTRAL**
13   v.                           )   **EVALUATION CONFERENCE**
                                  )
14   PAUL PIERRE, DISTRICT DIRECTOR )
     U.S. CITIZENSHIP AND         )
15   IMMIGRATION SERVICES, et al. )
                                  )
16            Defendants.         )
                                  )
17   _____

18

19        **IT IS HEREBY ORDERED** that a **TELEPHONIC** Early Neutral

20   Evaluation of your case will be held on **May 29, 2008** at **2:00 p.m.**

21   **Defendants' counsel is ordered to contact Plaintiff's counsel on**

22   **the day and at the time indicated above and then initiate a JOINT**

23   **call to the Court at (619) 557-6624.**  Absent extraordinary

24   circumstances, requests for continuances will <u>not</u> be considered

25   *unless* submitted in *writing* no less than fourteen (14) days prior

26   to the scheduled conference.

27        Pursuant to Local Rule 16.1(c) of the Local Rules of the

28   United States District Court for the Southern District of

California, **all counsel** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case during the Early Neutral Evaluation conference.

Requests to be excused for **extraordinary circumstances** must be in writing and received by the Court at least **fourteen (14) days** prior to the conference. **Failure of required counsel to appear will be cause for the imposition of sanctions.** Sanctions will include, but are not limited to, the attorney's fees and costs of the other parties in the case. In addition, the conference will not proceed and will be reset to another date. All conference discussions will be informal, off the record, privileged, and confidential.

Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

In cases where a party is **incarcerated** at the time of the scheduled conference, arrangements will be made for the incarcerated party to appear telephonically.

**The parties are required to lodge a *short Early Neutral Evaluation Conference Statement* about the case on a confidential basis no later than May 22, 2008.**

Rule 26 of the Federal Rules of Civil Procedure shall apply to this case. All discovery shall be stayed until after the Rule 26(f) conference, unless otherwise permitted by Rule 26(f) or court order.

In the event the case does not settle during the Early Neutral Evaluation Conference, the parties shall be prepared to discuss the

following matters at the conclusion of the conference:

1.   Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2.   The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3.   The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and

4.   The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Plaintiff's counsel shall give written notice of the Early Neutral Evaluation Conference to parties responding to the complaint after April 28, 2008.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED.**

DATED:   April 28, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE


IN ACCORDANCE WITH THE PROVISIONS OF 28 U.S.C. § 636(c), YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON THE CONSENT OF ALL PARTIES, ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.  COUNSEL FOR THE PLAINTIFF SHALL BE RESPONSIBLE FOR OBTAINING THE CONSENT OF ALL PARTIES, SHOULD THEY DESIRE TO CONSENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT TO CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

08-CV-345 WQH (WMc)