UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA, ) | Case No. 08-CV-345 WQH (WMc) |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE FOR** |
| ) | **FAILURE TO COMPLY WITH COURT** |
| v. ) | **ORDER** |
| ) | |
| PAUL PIERRE, DISTRICT DIRECTOR U.S. ) | |
| CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

A telephonic Early Neutral Evaluation Conference was scheduled for May 29, 2008 in the above-entitled case. Megan Callan, Esq. appeared for Defendants. The attorney for Plaintiff failed to appear.

The Court's Order dated April 28, 2008 stated:

" **IT IS HEREBY ORDERED** that a **TELEPHONIC** Early Neutral Evaluation of your case will be held on **May 29, 2008** at **2:00 p.m. Defendants' counsel is ordered to contact Plaintiff's counsel on the day and at the time indicated above and then initiate a JOINT call to the Court at (619) 557-6624.**"

[Doc. No. 4.]

No dismissal has been filed in this case and plaintiff's counsel did not contact chambers in advance of the teleconference regarding an inability to appear telephonically. Thus, **IT IS HERE-**

1  **BY ORDERED** that plaintiff's counsel show cause why he failed to appear on the May 29, 2008
2  teleconference and why sanctions should not be imposed.
3        The OSC hearing will be held on **June 5, 2008 at 2:00 p.m.** in the chambers of Judge
4  McCurine, 940 Front St., Courtroom C, San Diego, CA 92101.  **IT IS FURTHER ORDERED** that
5  **on or before June 2, 2008,** plaintiff's counsel shall provide a meaningful written response
6  explaining his failure to appear.  The responses shall be faxed to the Court at (619) 702-9972 and
7  personally served on defense counsel.
8        Defense counsel has the Court's permission to appear telephonically at the OSC hearing and
9  may submit a declaration re: expenses for the Court's consideration in awarding sanctions.  The
10  declaration may be faxed to the Court's attention at the number listed above.

**IT IS SO ORDERED.**

DATED: May 29, 2008

                                                Hon. William McCurine, Jr.
                                                U.S. Magistrate Judge
                                                United States District Court

COPY TO:
HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD