UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL PIERRE, DISTRICT DIRECTOR U.S. )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICES, et al. )<br>)<br>Defendants. ) | Case No. 08-CV-345 WQH (WMc)<br><br>**ORDER: (1) HOLDING SANCTIONS IN ABEYANCE; AND (2) SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On June 5, 2008, the Court held a telephonic Order to Show Cause hearing. Alan Anzarouth, Esq. appeared for Plaintiff. Megan Callan, Esq., appeared for Defendants.

After hearing from counsel of record, the Court holds sanctions in abeyance subject to future compliance with the Court's orders. The Court also discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed on or before ***June 30, 2008***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***July 10, 2008.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert

discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *July 15, 2008*;

4. Counsel and parties with full settlement authority are ordered to appear *on July 25, 2008* at *2:00 p.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: June 5, 2008

_(signature)_

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD