```
 1  KAREN P. HEWITT
    United States Attorney
 2  MEGAN CALLAN
    Assistant U.S. Attorney
 3  California Bar No. 230329
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-7120
    Facsimile:  (619) 557-5004
 6  Megan.Callan@usdoj.gov

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA, | Case No. 08cv0345-WQH (WMc) |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE DATES PROVIDED BY JUNE 6, 2008 ORDER FOR RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE |
| PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and MICHAEL B. MUKASEY, Attorney General of the United States, | |
| | The Honorable William McCurine |
| Defendants. | |

COME NOW Plaintiff Mahmoud Alagha, by and through counsel, Alan Anzarouth, and Defendants Paul Pierre, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and jointly move the Court to continue the deadline for Rule 26 dates by 30 days.

Plaintiff applied for naturalization under 8 U.S.C. § 1421. Plaintiff complains that Defendants have failed to process his application in a timely manner and prays this Court adjudicate his naturalization application and administer the oath of United States citizenship. Counsel for the parties have met and conferred and are discussing the possibility of extrajudicial resolution of Plaintiff's claims. Moreover, in compliance with this Court's June 6, 2008 Order, counsel for the parties met and conferred pursuant to Rule 26(f). (See Doc. 6.)

///

1    Rule 26(f) provides that within 14 days after the conference, the counsel for the parties shall
2 submit to the Court a written report outlining the proposed discovery plan. Fed.R.Civ.P 26(f)(2). The
3 parties now jointly move the Court for an extension of this time and an extension of the dates set by the
4 Court in its June 6, 2008 Order. The parties request an addition 30 days in which the parties will
5 diligently pursue extrajudicial resolution of Plaintiff's claims.

6    In an effort to resolve Plaintiff's complaints without the intervention of the Court and without
7 waiving Defendants' rights to defend the causes of actions and allegations, the parties now jointly request
8 that the Court continue the Rule 26 dates mandated by the Court's June 6, 2008 Order by 30 days. The
9 parties have not previously requested an extension of time.

10    Based upon the foregoing, it is respectfully requested that the Court enter an order, expanding the
11 time for the lodgment or filing of the parties' Rule 26 materials and the time set for the case management
12 conference by 30 days from the dates provided by the Court's June 6, 2008 Order.

13

14    DATED: June 27, 2008            s/ Alan Anzarouth
                                      Counsel for Plaintiff
15                                    E-Mail: alan@anzarouthimmlaw.com

16    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
17 of the United States District Court for the Southern District of California, I certify that the content of this
18 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Alan
19 Anzarouth to affix his electronic signature to this document.

20
      DATED: June 27, 2008            Respectfully submitted,
21
                                      KAREN P. HEWITT
22                                    United States Attorney

23                                    s/ Megan Callan

24                                    MEGAN CALLAN
                                      Assistant U.S. Attorney
25                                    Attorneys for Defendants
                                      Email: Megan.Callan@usdoj.gov
26

27

28

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile:  (619) 557-5004
6  Megan.Callan@usdoj.gov

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MAHMOUD ALAGHA, | Case No. 08cv0345-WQH (WMc) |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and MICHAEL B. MUKASEY, Attorney General of the United States, | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO CONTINUE DATES PROVIDED BY JUNE 6, 2008 ORDER FOR RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Alan Anzarouth
Attorney for Plaintiff
alan@anzarouthimmlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

           s/ Megan Callan
           Megan Callan