UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and MICHAEL B. MUKASEY, Attorney General of the United States,<br><br>　　　　　　Defendants. | Case No. 08cv0345-WQH (WMc)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE DATES PROVIDED BY JUNE 6, 2008 ORDER FOR RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE<br><br>[Doc. No. 9] |

　　　Having considered the parties' Joint Motion to Continue Dates Provided by June 6, 2008 Order for Rule 26 Compliance and Case Management Conference (Doc. No. 9) and good cause appearing, the Court GRANTS the motion and ORDERS that the dates previously provided by this Court's June 6, 2008 Order are continued as follows:

　　　1. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before **August 11, 2008**;

　　　2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **August 14, 2008**;

3. Counsel and parties with full settlement authority are ordered to appear **on August 19, 2008 at 2:00 pm** in the chambers of United States Magistrate Judge William McCurine, Jr.

**IT IS SO ORDERED.**

DATED: June 30, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court