1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile:  (619) 557-5004
6  Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 MAHMOUD ALAGHA,                )    Case No.  08cv0345-WQH (WMc)
                                  )
11                Plaintiff,      )
                                  )
12      v.                        )    JOINT MOTION TO REMAND TO U.S.C.I.S.
                                  )    FOR ADMINISTRATIVE ADJUDICATION
13 PAUL PIERRE, District Director, U.S.)
   Citizenship and Immigration Services, San)
14 Diego District; MICHAEL CHERTOFF,)    The Honorable William Q. Hayes
   Secretary, Department of Homeland)
15 Security; and MICHAEL B. MUKASEY,)
   Attorney General of the United States,  )
16                                )
                  Defendants.     )
17 _____)

18      COME NOW Plaintiff Mahmoud Alagha, by and through counsel, Alan Anzarouth, and

19 Defendants Paul Pierre, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and

20 Megan Callan, Assistant United States Attorney, and jointly move the Court to remand this case to U.S.

21 Citizenship & Immigration Services ("CIS") for 60 days for administrative adjudication.

22      Plaintiff applied for naturalization under 8 U.S.C. § 1421.  Plaintiff complains that Defendants

23 have failed to process his application in a timely manner and prays this Court adjudicate his

24 naturalization application and administer the oath of United States citizenship.  Counsel for the parties

25 have met and conferred and are discussing the possibility of extrajudicial resolution of Plaintiff's claims.

26

27 //

28 //

   //

1  In an effort to resolve Plaintiff's Complaint without the intervention of the Court, the parties now jointly request that the Court remand this case to CIS for administrative adjudication of Plaintiff's N-400 application within 60 days of the remand order. In the event that, if for any reason, CIS fails to adjudicate the application within 60 days, Defendants do not object to Plaintiff being given 60 days to amend his Complaint before the Court.

Based upon the foregoing, it is respectfully requested that the Court enter an order, remanding this case to CIS for administrative adjudication.

DATED: August 11, 2008             s/ Alan Anzarouth
                                   Counsel for Plaintiff
                                   E-Mail: alan@anzarouthimmlaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Alan Anzarouth to affix his electronic signature to this document.

DATED: August 11, 2008             Respectfully submitted,

                                   KAREN P. HEWITT
                                   United States Attorney

                                   s/ Megan Callan

                                   MEGAN CALLAN
                                   Assistant U.S. Attorney
                                   Attorneys for Defendants
                                   Email: Megan.Callan@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile:  (619) 557-5004
6  Megan.Callan@usdoj.gov

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA, ) | Case No.  08cv0345-WQH (WMc) |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| PAUL PIERRE, District Director, U.S.) Citizenship and Immigration Services, San) Diego District; MICHAEL CHERTOFF,) Secretary, Department of Homeland) Security; and MICHAEL B. MUKASEY,) Attorney General of the United States,    ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO REMAND TO U.S.C.I.S. FOR ADMINISTRATIVE ADJUDICATION on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Alan Anzarouth
Attorney for Plaintiff
alan@anzarouthimmlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008.

                                              s/ Megan Callan
                                              Megan Callan