KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile:  (619) 557-5004
Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA,<br><br>                    Plaintiff,<br><br>             v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and MICHAEL B. MUKASEY, Attorney General of the United States,<br><br>                    Defendants. | Case No.  08cv0345-WQH (WMc)<br><br>JOINT MOTION TO VACATE RULE 26 DATES AND CASE MANAGEMENT CONFERENCE<br><br>The Honorable William McCurine |

COME NOW Plaintiff Mahmoud Alagha, by and through counsel, Alan Anzarouth, and Defendants Paul Pierre, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and jointly move the Court to vacate Rule 26 dates and Case Management Conference in light of the parties' Joint Motion to Remand filed today.

In an effort to resolve Plaintiff's complaints without the intervention of the Court and in light of the parties' joint request that the district court remand this action to U.S. Citizenship & Immigration Services, the parties request that the Court enter an order, vacating all discovery dates and the case management conference.

DATED: August 11, 2008          s/ Alan Anzarouth
                                Counsel for Plaintiff
                                E-Mail: alan@anzarouthimmlaw.com

//

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
2 of the United States District Court for the Southern District of California, I certify that the content of this
3 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Alan
4 Anzarouth to affix his electronic signature to this document.

DATED: August 11, 2008               Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/ Megan Callan

                                          MEGAN CALLAN
                                          Assistant U.S. Attorney
                                          Attorneys for Defendants
                                          Email: Megan.Callan@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile:  (619) 557-5004
6  Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 MAHMOUD ALAGHA,                      )    Case No.  08cv0345-WQH (WMc)
                                        )
11                  Plaintiff,          )
                                        )    CERTIFICATE OF SERVICE
12        v.                            )
                                        )
13 PAUL PIERRE, District Director, U.S. )
   Citizenship and Immigration Services, San )
14 Diego District; MICHAEL CHERTOFF,    )
   Secretary, Department of Homeland    )
15 Security; and MICHAEL B. MUKASEY,    )
   Attorney General of the United States, )
16                                      )
                    Defendants.         )
17 _____)

18 IT IS HEREBY CERTIFIED THAT:

19     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
20
       I am not a party to the above-entitled action.  I have caused service of: JOINT MOTION TO
21 VACATE RULE 26 DATES AND CASE MANAGEMENT CONFERENCE on the following party by
   electronically filing the foregoing with the Clerk of the District Court using its ECF System, which
22 electronically provides notice.

23     Alan Anzarouth
       Attorney for Plaintiff
24     alan@anzarouthimmlaw.com

25     I declare under penalty of perjury that the foregoing is true and correct.

26     Executed on August 11, 2008.

27                              s/ Megan Callan
                                Megan Callan
28