UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA,<br><br>  Plaintiff,<br><br>  v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; and MICHAEL B. MUKASEY, Attorney General of the United States,<br><br>  Defendants. | Case No.  08cv0345-WQH (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE RULE 26 DATES AND CASE MANAGEMENT CONFERENCE**<br><br>[Doc. no. 12] |

Having considered the parties' Joint Motion to Vacate Rule 26 Dates and Case Management Conference (Docket No. 12) and finding the joint motion meritorious, the Court **GRANTS** the motion and ORDERS that in light of the parties' joint motion to remand this matter to U.S. Citizenship & Immigration Services, the dates set under Rule 26 by prior order of this Court and the case management conference are **VACATED.**

**IT IS SO ORDERED:**

DATED:  August 12, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court