# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ALAGHA,<br><br>                      Plaintiff,<br>  vs.<br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, San Diego District, et al.,<br><br>                    Defendants. | CASE NO. 08cv345 WQH (WMc)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Remand to U.S. Citizenship and Immigration Services for Administrative Adjudication (Doc. # 11) is **GRANTED.** The above-captioned action is **REMANDED** to U.S. Citizenship and Immigration Services.

DATED: August 20, 2008

                                                                    **WILLIAM Q. HAYES**
                                                     United States District Judge